FILED
DEC 10, 9
Clerk, U S District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE** <br> c/o Kevin E. Byrnes <br> Schnader Harrison Segal & Lewis LLP <br> 750 Ninth Street, NW, Suite 550 <br> Washington, DC 20001 <br><br> *Plaintiff,* <br><br> v. <br><br> **DR. ROBERT M. GATES**, in his official capacity, <br> Secretary of Defense, <br> United States Department of Defense <br> 1400 Defense Pentagon <br> Washington DC 20301-1400 <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. **09 2349** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's motion for an order permitting Plaintiff to proceed under pseudonym, and for entry of a protective order to ensure the confidentiality of Plaintiff's identity, ~~good cause having been shown~~, it is hereby

*✱ **ORDERED** that Plaintiff is allowed to proceed in pseudonym "Jane Doe" and to rely on her counsel's address as her address for purposes of this litigation; (ii) Plaintiff's complaint under pseudonym "Jane Doe" is accepted and has been lodged with the Clerk; and (iii) the docket shall continue to reflect that Plaintiff's name is Jane Doe; and it is further

**ORDERED** that Plaintiff shall be allowed to endorse documents related to this litigation using the pseudonym Jane Doe; and it is further

✱ Temporarily, pending further review by the assigned judge, either *sua sponte* or upon proper motion.

PHDATA 3238501_1

2

**ORDERED** that Plaintiff will be referred to as Jane Doe in all depositions, pleadings, and other documents related to this litigation, as well as in all proceedings held before this Court, including trial; and it is further

**ORDERED** that, despite the broad scope of this Order, should the parties desire to file a document with the Court under seal, then an appropriate motion must be made in advance of the filing; and it is further

**ORDERED** that any disclosure of Plaintiff's identity, or other information sufficient to effectively identify Plaintiff, shall be governed by a Protective Order to be entered by this Court forthwith; and it is further

**ORDERED** that the terms of this Order shall remain in effect until further Order of this Court.

Date: 12/10/09

_____
United States District Judge