UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 09-2349 (RJL) |
| ) | |
| ROBERT M. GATES, ) | |
| in his official capacity as ) | |
| Secretary of Defense, ) | |
| ) | |
| Defendant. ) | |

**ORDER**
(December 14, 2011) [#24]

For the reasons set forth above, it is this 14th day of December, 2011 hereby

ORDERED that defendant's Motion to Dismiss is GRANTED, and it is further

ORDERED that the above-captioned case be DISMISSED without prejudice as to Count I, and with prejudice as to Counts II-VII.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

1